# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JEREMY GREY,** )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02766-JTF-cgc |
| ) | |
| **SUSSY OIL CO., LLC,** ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT

**DECISION BY COURT**.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, filed on June 14, 2022.  (ECF No. 16.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                            THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE         CLERK


June 14, 2022                                                s/LaFonda Willis
DATE                                                              (BY) LAW CLERK